JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CAFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUCAS JACINTO, | ) Case No.: 2:22-cv-05593-MAA |
| Plaintiff, | ) [PROPOSED] JUDGMENT |
| vs. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

   Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

   IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: June 22, 2023        BY: _____
                           HONORABLE MARIA A. AUDERO
                           UNITED STATES MAGISTRATE JUDGE